IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

RODNEY ALAN HOPPER, )
             Plaintiff, )
v. ) C.A. NO. 1:18-CV-00128-MOC-DLH
GENERAL ELECTRIC COMPANY, )
             Defendant. )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

General Electric Company, who is the Defendant, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    (X) Yes      ( ) No

2. Does party have any parent corporations?

    ( ) Yes      (X) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes      (X) No

If yes, identify all such owners: _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes      (X) No

If yes, identify entity and nature of interest: _____

Dated this 6th day of June, 2018.

Respectfully submitted,

/s/Penny C. Wofford
Penny C. Wofford, NC #25768
*Attorneys for Defendant General Electric Company*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The Ogletree Building
300 North Main Street, Suite 500
Greenville, SC  29601
Telephone:  864.271.1300
Facsimile:  864.235.8806
Email:  penny.wofford@ogletree.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent by US mail to Pro Se Plaintiff, Rodney Alan Hopper, non-registered participant, on this 6th day of June, 2018.

> Rodney Alan Hopper
> 59 Bennison Lane
> Flat Rock/Henderson, NC 28731
>
> *Pro Se Plaintiff*

/s/Penny C. Wofford
Penny C. Wofford, NC #25768
*Attorneys for Defendant General Electric Company*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The Ogletree Building
300 North Main Street, Suite 500
Greenville, SC  29601
Telephone:  864.271.1300
Facsimile:  864.235.8806
Email:  penny.wofford@ogletree.com

34347494.1