# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Rodney Alan Hopper, | ) | **JUDGMENT IN CASE** |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00128-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| General Electric Company, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2018 Order.

October 23, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court